**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

NANCY C. WALKER,
Individually and as the Natural Parent of Dinesica Walker, a Deceased Minor, and in her capacity as the Personal Representative of the Estate of Dinesica Walker, a Deceased Minor,

Plaintiff,

vs.

BLITZ USA, INC.,

Defendant.

CIVIL ACTION FILE

NO. 1:08-cv-121-ODE

# J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 30th day of September, 2009.

JAMES N. HATTEN
CLERK OF COURT

By: s/ Ashley Knight
Ashley Knight, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 1, 2009
James N. Hatten
Clerk of Court

By: s/ Ashley Knight
Deputy Clerk